IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cavanaugh, Lynda D | Case Number: 07 B 09021 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 5/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 17, 2008
Confirmed: August 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,535.00 | |
| Secured: | | 12,792.01 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 742.99 |
| Other Funds: | | 0.00 |
| Totals: | 13,535.00 | 13,535.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 500.00 | 0.00 |
| 2. | Baytree Lending Company | Secured | 16,544.01 | 12,512.95 |
| 3. | General Motors Acceptance Corp | Secured | 9,098.51 | 157.53 |
| 4. | American General Finance | Secured | 6,125.28 | 121.53 |
| 5. | Baytree Lending Company | Secured | 14,312.03 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 166.02 | 0.00 |
| 7. | AT&T Wireless | Unsecured | 24.83 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 63.41 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 51.97 | 0.00 |
| 10. | Acme Continental Credit Union | Unsecured | 483.57 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 630.26 | 0.00 |
| 12. | T Mobile USA | Unsecured | 25.56 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 655.79 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 40.60 | 0.00 |
| 15. | GMAC Auto Financing | Unsecured | 902.57 | 0.00 |
| 16. | Physicians Cooperative | Unsecured | | No Claim Filed |
| 17. | Alverno Clinical Labs | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | Clarence DuBose Jr | Unsecured | | No Claim Filed |
| 20. | Comcast | Unsecured | | No Claim Filed |
| 21. | Instant Cash Advance | Unsecured | | No Claim Filed |
| 22. | Orchard Bank | Unsecured | | No Claim Filed |
| 23. | National Quick Cash | Unsecured | | No Claim Filed |
| 24. | Village Of Mt Prospect Police | Unsecured | | No Claim Filed |
| 25. | Gerald J Mingolelli MD | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Cavanaugh, Lynda D

Printed: 9/3/08

Case Number: 07 B 09021
Judge: Wedoff, Eugene R
Filed: 5/17/07

| | | | | |
|---|---|---|---|---|
| 26. | SBC | Unsecured | | No Claim Filed |
| 27. | National Legal Debt Centers | Unsecured | | No Claim Filed |
| 28. | Uptown Cash | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 49,624.41 | $ 12,792.01 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 671.49 |
| 6.5% | 71.50 |
| | _____ |
| | $ 742.99 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

